UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY LORD AND LAWRENCE MOORE,<br><br>    Plaintiffs,<br><br>v.<br><br>NYE COUNTY, et al.,<br><br>    Defendants. | No. 2:15-cv-0296-LDG-NJK<br><br>TEMPORARY RESTRAINING ORDER |

    Plaintiffs have filed an ex parte emergency motion for temporary restraining order (#3). The motion requests an order that some thirteen dogs allegedly owned by plaintiff Lord and seized and held by Nye County Animal Control be released to plaintiffs pending a determination of the validity of Nye County Ordinance 6.06.040, which allegedly limits the number of dogs, in this case, on plaintiffs' property.  While the court is not convinced that plaintiffs have justified bringing this motion without notice, in an abundance of caution, the court will issue a limited temporary restraining order pending defendants' opportunity to be heard.  Accordingly,

    THE COURT HEREBY ORDERS that defendants in this action are enjoined from destroying, harming or transferring plaintiffs' dogs that are in the custody of defendants or may be seized, pending this court's determination whether existing or further injunctive relief in this case is justified.

1  THE COURT FURTHER ORDERS that within 5 days from the date of this order plaintiffs shall serve upon defendants all of the documents filed in this action, including this order and their ex parte motion for temporary restraining order.

THE COURT FURTHER ORDERS that defendants shall have 15 days from the date of the entry of this order in which to file an opposition to the motion for temporary restraining order.

THE COURT FURTHER ORDERS that a hearing on the motion for temporary restraining order (#3) shall be conducted before this court on the 16th day of March, 2015, at 2 PM.

Dated this 20th day of February, 2015.

_____
Lloyd D. George
United States District Judge