**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY THERESA LORD, et al., ) | Case No. 2:15-cv-00296-LDG-NJK |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| NYE COUNTY, et al., ) | |
| Defendant(s). ) | |

On February 25, 2016, the Court issued an order for the parties to show cause why a discovery plan had not been filed in this case. Docket No. 35. The Court has now received responses. Docket Nos. 36, 37. The order to show cause is hereby **DISCHARGED** and discovery is hereby **STAYED** pending resolution of the motion to dismiss filed at Docket No. 31.

IT IS SO ORDERED.

DATED: March 3, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge