Nancy Lord
Attorney at Law
Nev Bar No 6697
1970 N. Leslie St. No 220
Pahrump, NV  89060
775-751-3636
nancylordltd@gmail.com

*Attorney for Plaintiff Lawrence Moore
and Plaintiff Pro Se*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NANCY LORD, and LAWRENCE MOORE<br><br>Plaintiffs<br><br>v.<br><br>NYE COUNTY, a Government Entity, and NYE COUNTY ANIMAL CONTROL, a Government Entity, NYE COUNTY BOARD OF COUNTY COMMISSIONERS, a Government Legislative Body, and DOE Individuals, 1-20, ROE GOVERNMENT ENTITIES 1-20.<br><br>Defendants. | Case No.: 2:15-cv-0296<br><br>**PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

COMES NOW, the Plaintiff's NANCY LORD and LAWRENCE R. MOORE and respectfully prays for a brief extension of time to file their RESPONSE and APPENDIX of Exhibits to the Defendants' Motion of Dismiss filed on May 31, 2016.

Due to the complexity of the case, Plaintiff had sought and obtained agreement from Defendants' counsel to a brief extension until Monday, June 27, 2016 but on that day a severe storm made Internet access impossible.  In addition, Plaintiffs seek the opportunity to fully review the Supreme Court decision, *Whole Women's Health v. Hellerstedt, No. 15-274,* to determine if the holdings as to constitutional standards for regulations purportedly for health and safety may be analogous to the ordinances at issue here.  Defendant's counsel agrees to an

extension through the weekend as more storms are expected.

Plaintiff's pray for an extension through the Holiday weekend to review and incorporate any relevant holdings as to restrictive regulation of personal matters in the Court's decision of Monday, June 27, 2016.

Respectfully,

/S/nancylord/s

_____
Nancy Lord
Nevada Bar No. 6697

Nancy Lord
Attorney at Law
1970 N. Leslie St., No. 220
Pahrump, NV  89060
775-513-9827

## ORDER

IT IS SO ORDERED that the within Motion for Extension of Time is GRANTED.  The response to #66 Motion to Dismiss is due Tuesday, July 5, 2016.
DATED this _5_ day of July, 2016.

_____
Lloyd D. George
Sr. U.S. District Judge