UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY LORD AND LAWRENCE MOORE, | No. 2:15-cv-0296-LDG-NJK |
| Plaintiffs, | ORDER |
| v. | |
| NYE COUNTY, et al., | |
| Defendants. | |

On March 31, 2016, the court granted defendants 60 days in which to file an updated motion to dismiss or, in the alternative, for Younger abstention, "with subsequent briefing to follow local rules." #64.  Defendants filed their motion on May 31, 2016 (#66).  Despite receiving a number of extensions to file their opposition, plaintiffs have failed to do so.  Local Rule 7-2(d) states "the failure of an opposing party to file points and authorities in response to a motion, except a motion under Fed.R.Civ.P. or a motion for attorneys fees, constitutes consent to the granting of the motion."  The court has reviewed defendants' motion to dismiss and finds that it has merit.  Accordingly,

THE COURT HEREBY ORDERS that defendants' motion to dismiss (#66) is GRANTED.

Dated this ___th day of July, 2016.

_____
Lloyd D. George
United States District Judge