**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Christian T. Balducci, Esq.
Nevada Bar No. 12688
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
cbalducci@maclaw.com
  *Attorneys for Nye County*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NANCY LORD, and LAWRENCE MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, a Government Entity, and NYE COUNTY ANIMAL CONTROL, a Government Entity, NYE COUNTY BOARD OF COUNTY COMMISSIONERS, a Government Legislative Body, and DOE Individuals, 1-20, ROE GOVERNMENT ENTITIES 1-20,<br><br>Defendant. | Case No.:   2:15-cv-0296-LDG-NJK |

## **AMENDED JUDGMENT**

On July 22, 2016, Judgment [ECF No. 79] was entered in favor of Defendants Nye County, and against Plaintiffs Nancy Lord and Lawrence Moore. On August 24, 2016, the Court awarded Defendants their cost in the amount of $467.32. ECF No. 82. In accordance for the foregoing, Judgment is hereby amended as follows:

/ / / /

/ / / /

/ / / /

/ / / /

MAC:11779-083 2942464_1 11/14/2016 11:00 AM

It is hereby ORDERED, ADJUDGED AND DECREED that the judgment is amended and is hereby entered in favor of Defendants, as follows:

1. $467.32, with interest to accrue from the date of this judgment forward as afforded by law.

Dated this 16 day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

Respectfully submitted by:

MARQUIS AURBACH COFFING

*/s/ Christian T. Balducci*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Christian T. Balducci, Esq.
Nevada Bar No. 12688
10001 Park Run Drive
Las Vegas, Nevada 89145
*Counsel for Defendants*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:11779-083 2942464_1 11/14/2016 11:00 AM